**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jermaine L. Gadson,<br><br>　　　　　Petitioner,<br><br>v.<br><br>R. L. Rhodes,<br><br>　　　　　Respondent. | No. CV-18-0197-TUC-JGZ (BGM)<br><br>**ORDER** |

Currently pending before the Court is Petitioner Jermaine L. Gadson's Request for Transfer (Doc. 20). At the time Petitioner filed his Petition (Doc. 1), Petitioner was an inmate incarcerated at the Federal Correctional Institution in Tucson, Arizona ("FCI–Tucson"). *See* Petition (Doc. 1). In light of Petitioner's incarceration at FCI–Tucson at the time of the Petition's filing, this Court retains jurisdiction to consider the Petition. *See Francis v. Rison*, 894 F.2d 353 (9th Cir. 1990) ("jurisdiction attaches on the initial filing for habeas corpus relief, and it is not destroyed by a transfer of the petitioner and the accompanying custodial change.") (citation omitted). Accordingly, IT IS HEREBY ORDERED that Petitioner's Request for Transfer (Doc. 20) is DENIED. IT IS FURTHER ORDERED that the Clerk of the Court shall send Petitioner a copy of the docket sheet in this matter.

Dated this 2nd day of November, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Bruce G. Macdonald
　　　　　　　　　　　　　　　　　　United States Magistrate Judge